Maureen K. Bogue (State Bar No. 194755)
maureen@pacificemploymentlaw.com
Jennifer A. Shy (State Bar No. 131074)
jennifer@pacificemploymentlaw.com
PACIFIC EMPLOYMENT LAW, INC.
260 California Street, Suite 500
San Francisco, CA 94111
Tel.: (415) 985-7300
Fax: (415) 985-7301

Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY
dba AT&T CALIFORNIA; AT&T SERVICES,
INC.; and ANTONIO HERRERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID O. CASTRO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY, dba AT&T CALIFORNIA, a corporation; AT&T SERVICES, INC., a corporation; ANTONIO HERRERA, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-05837-RS<br><br>**JOINT STIPULATION TO REMAND ACTION TO ALAMEDA COUNTY SUPERIOR COURT; ORDER**<br><br>Complaint Filed: January 12, 2021 |

Plaintiff DAVID O. CASTRO ("Plaintiff") and Defendants AT&T SERVICES, INC. ("AT&T Services"), PACIFIC BELL TELEPHONE COMPANY ("Pacific Bell"), and ANTONIO HERRERA ("Herrera") (collectively "Defendants"), by and through their respective counsel of record in this action, pursuant to Northern District Local Rule 7-12, hereby stipulate to the following:

1. This action was initially filed in the Superior Court of California, County of Alameda, Case Number RG21086353, on January 12, 2021.

2. Defendant AT&T Services timely filed a Notice of Removal on July 29, 2021, and Defendants Pacific Bell and Herrera consented to such removal of this action.

3.  The parties have engaged in some discovery relating to remand, and hereby agree and stipulate that good cause exists to remand this case back to the Superior Court of California, County of Alameda.

SO STIPULATED.

Dated: December 13, 2021              PACIFIC EMPLOYMENT LAW, INC.

                                      By:  /s/ Jennifer A. Shy
                                           Jennifer A. Shy
                                           Attorneys for Defendants
                                           PACIFIC BELL TELEPHONE COMPANY
                                           dba AT&T CALIFORNIA; AT&T SERVICES,
                                           INC.; and ANTONIO HERRERA

Dated: December 13, 2021              HIGHMAN & HIGHMAN
                                      A PROFESSIONAL LAW ASSOCIATION

                                      By:  /s/ Bruce J. Highman
                                           Bruce J. Highman
                                           Attorneys for Plaintiff
                                           DAVID O. CASTRO

## ATTESTATION OF FILING

Pursuant to General Order No. 45, Section X(B) regarding Signatures, I, Jennifer A. Shy, hereby attest that concurrence in the filing of this Joint Stipulation to Remand Action to Alameda County Superior Court and [Proposed] Order has been obtained from Bruce J. Highman with conformed signatures above.

Dated: December 13, 2021              PACIFIC EMPLOYMENT LAW, INC.

                                      By:  /s/ Jennifer A. Shy
                                           Jennifer A. Shy
                                           Attorneys for Defendants
                                           PACIFIC BELL TELEPHONE COMPANY
                                           dba AT&T CALIFORNIA; AT&T SERVICES,
                                           INC.; and ANTONIO HERRERA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/13/2021

_____
Honorable Richard Seeborg
United States District Court Judge

4868-2711-4758, v. 1